UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SCOTT L. BRAUN, an individual

    Plaintiff,

v.                                  Case No:   2:13-cv-561-FtM-38CM

PATRICK R. DONAHOE,

    Defendant.
_____/

### ORDER[1]

This matter comes before the Court on Joint Motion for Dismissal (Doc. #20) filed on December 15, 2014. The parties move for this action to be dismissed with prejudice with each party to bear his own costs and attorney's fees. Upon consideration, the Court finds the motion is due to be granted.

Accordingly, it is now **ORDERED:**

1. Joint Motion for Dismissal (Doc. #20) is **GRANTED**. The Complaint (Doc. #1) is **DISMISSED with prejudice**.

2. The Clerk is directed to terminate any pending motions, enter judgment, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 16th day of December, 2014.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.